# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL J. PEREZ, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>PORT AUTHORITY OF ALLEGHENY )<br>COUNTY, )<br>)<br>Defendant. ) | Case No. 2:08-cv-352 |

## STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Michael J. Perez, by and through his counsel, files the within Stipulation for Voluntary Dismissal With Prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

/s/ Erik M. Yurkovich
Erik M. Yurkovich, Esquire
Pa. I.D. #83432

Pine Creek Professional Buildings
Building 1, Suite 201
207 Pine Creek Road
Wexford, Pennsylvania 15090
724-933-9199
erik.yurkovich@gmail.com

Attorney for Plaintiff

/s/ Patrick F. Kilker
Patrick F. Kilker, Esquire
Pa. I.D. #44769

Eckert Seamans Cherin & Mellott, LLC
44th Floor, U.S. Steel Tower
600 Grant Street
Pittsburgh, Pennsylvania 15219
412-566-6050
pkilker@eckertseamans.com

Attorney for Defendant

SO ORDERED, this 1st day of June, 2009.

Hon. Gary L. Lancaster, U.S. District Judge